

**Michelle E. Tarson**
Senior Counsel

Direct (516) 812-4519
Fax: (516) 812-4619
mtarson@staggwabnik.com

Also Admitted in NJ

www.staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

April 10, 2024

<u>Via ECF</u>
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Jasmine RX, Inc. v. JPMorgan Chase Bank, N.A.</u>
                <u>Case No.: 1:24-cv-00351</u>

Dear Magistrate Judge Cho:

    We represent Defendant JPMorgan Chase Bank, N.A., incorrectly named herein as JPMorgan Chase Bank, N.A. d/b/a as Chase in the above-referenced matter.

    We are pleased to inform the Court that the parties have settled this matter in principle. We request thirty (30) days to either file a Stipulation of Dismissal or to provide the Court with a status letter on the matter.

                                                       Respectfully submitted,

                                                       Michelle E. Tarson

Encl.
cc:    Daniel P. Rosenthal
        RUSS & RUSS, P.C.